UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KRAFT FOOD GROUPS, INC.,<br><br>　　　　　　Defendant. | 1:15-cv-387-LJO-SMS<br><br>ORDER TO DISMISS AND CLOSE ACTION (Doc. 11) |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　Dated: **January 19, 2016**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1